Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-276-5727
Email: kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MYRA ADNEY,<br><br>    Plaintiff,<br>v.<br><br>WALMART, INC. d/b/a WALMART SUPERCENTER #2074<br><br>    Defendant. | NOTICE OF REMOVAL TO FEDERAL COURT<br><br>Case No. 3:22-cv- |

TO:   The United States District Court
    For the District of Alaska

AND TO:  Mark Rayburn
    367 A. Street
    Anchorage, AK 99501

Pursuant to 28 U.S.C. sections 1331, 1332(a)(1), 1441 and 1446, the above defendant, Walmart Super Center Store #2074, AKA Walmart Inc., AKA Walmart Associates, Inc., AKA Walmart ("Walmart"), hereby files this Notice of Removal of the following action: *Myra Adney v. Walmart Inc. d/b/a Walmart Supercenter Store #2074,* filed in the Superior Court for the State of Alaska, Third Judicial District at Palmer, Case No. 3PA-22-01761CI. Walmart has filed a copy of this Notice with the Clerk of the Superior

Court for the Third Judicial District at Palmer that said action has thereby been removed from the Superior Court to this United States District Court. (Ex. A)

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska. Walmart is a Delaware corporation whose principal place of business is in Arkansas.

Plaintiff's complaint seeks damages of $100,000 or more.

This removal is being filed within thirty (30) days after service of the complaint on July 22, 2022.

Based on the above, this court has removal jurisdiction over this action.

DATED this 16th day of August 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants

By: /s/ Ken Gutsch
Kenneth M. Gutsch
Alaska Bar No. 8811186

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

NOTICE OF REMOVAL TO FEDERAL COURT
Myra Adney v. Walmart, INC. Case No. 3:22-cv-
Page 2 of 3

Case 3:22-cv-00185-JMK   Document 1   Filed 08/16/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 16th day of August 2022, on:

Mark Rayburn
637 A St
Anchorage, AK 99501
Mark@crowsonlaw.com

_____
RICHMOND & QUINN

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953