Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-276-5727
Email: kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MYRA ADNEY,<br><br>                  Plaintiff,<br>v.<br><br>WALMART, INC. d/b/a WALMART SUPERCENTER #2074<br><br>                  Defendant. | Case No. 3:22-cv-00185-JMK |

## NOTICE OF FILING SERVICE LIST

COMES NOW defendant, Walmart, Inc. by and through counsel, Richmond & Quinn, and submits this Notice of Filing Service List. Counsel for the parties are as follows:

<u>Plaintiff Myra Adney</u>

Mark Rayburn
Crowson Law Group
367 A. Street
Anchorage, AK 99501
Ph: (907) 677-9393
Fax: (907) 677-9310
Email: mark@crowsonlaw.com

<u>Defendant Walmart, Inc.</u>

Kenneth M. Gutsch
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
Email: kgutsch@richmondquinn.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Case 3:22-cv-00185-JMK   Document 8   Filed 08/24/22   Page 1 of 2

DATED this 24th day of August 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants

By: *Ken Gutsch*
Kenneth M. Gutsch
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 24th day of August 2022, on:

Mark Rayburn
637 A St
Anchorage, AK 99501
Mark@crowsonlaw.com

RICHMOND & QUINN

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

NOTICE OF FILING SERVICE LIST
Myra Adney v. Walmart, INC. Case No. 3:22-cv-
Page 2 of 2